IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAR 05 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON DEAN MORROW,<br><br>Defendant. | CR 19-118-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for Thursday, March 12, 2020 at 9:30 a.m. is **VACATED** and reset for **Friday, April 10, 2020 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between March 3, 2020 and April 10, 2020 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 4th day of March, 2020.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1