# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA

vs.

**Jason Dean Morrow**                                                No.  CR 19-118-BLG-SPW

DOB:_____/1983                                                     PETITION TO OPEN
                                                                    JUVENILE/SEALED RECORDS
SSN:  **XXX-XX-8373**

Whereas the above-name defendant entered a plea of  GUILTY  to *Prohibited Person in Possession of a Firearm and Criminal Forfeiture* and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile or sealed records pertaining to the Defendant, including Court documents, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Institution records, medical and institutional treatment records and Department of Institutions records, be made available.


/S/ Sarah Evans_____U.S. Probation/Parole Officer


                                                                    Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records, including sealed records, held by any Court, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_Susan P. Watters_____ U.S. District Judge

Dated this 20th day of April, 2020.