IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON DEAN MORROW,<br><br>Defendant. | CR 19-118-BLG-SPW<br><br>ORDER |

Due to the recent outbreak of COVID-19 at the Yellowstone County Detention Facility and upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Wednesday, August 26, 2020 at 9:30 a.m., is **VACATED** and reset to commence on **Wednesday, October 7, 2020 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 29th day of August, 2020.

*(signature)*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE