FILED

SEP 1 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON DEAN MORROW,<br><br>Defendant. | CR 19-118-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Expedite Sentencing Hearing (Doc. 36), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled for Wednesday, October 7, 2020 at 2:30 p.m. is **VACATED** and **RESET via video from the Yellowstone County Detention Facility** on **Friday, September 11, 2020 at 1:30 p.m.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 31st day of August, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE