FILED

SEP 1 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON DEAN MORROW,<br><br>Defendant. | Case No. CR 19-118-BLG-SPW<br><br>**ORDER** |

It has been brought to the Court's attention that Defendant, Jason Dean Morrow, was moved to Crossroads Correctional Facility in Shelby, Montana. Therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing set via video at the Yellowstone County Detention Facility for Friday, September 11, 2020 at 1:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Sentencing Hearing is **RESET VIA VIDEO from the Crossroads Correctional Facility (Shelby, MT)** on **Friday, September 11, 2020 at 9:30 a.m.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 1st day of September, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE